UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DURIOKI D. WHITE | CIVIL ACTION NO. 15-cv-1944 |
| VERSUS | JUDGE FOOTE |
| LUTHER WARD, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 6], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the _10th_ day of _August_, 2015.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE